IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERNEST S. ROBERTS, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-207
)
MEGAN BRENNAN, Postmaster )
General, and ALEXANDER ACOSTA, )
Secretary of Labor, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

SO ORDERED this 4th day of October 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA