## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| ERNEST S. ROBERTS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV419-207 |
| | ) |
| MEGAN BRENNAN, *et al.*, | ) |
| | ) |
| Defendant. | ) |

# REPORT AND RECOMMENDATION

Ernest Roberts, Jr. has filed this case alleging he was discriminated against by his employer, the United States Postal Service, on the basis of his race and his disability and was retaliated against. *See generally* doc. 1. The Court denied his request to pursue this case *in forma pauperis*. *See* doc. 7, *adopted* doc. 8. He has taken no action in this case since that denial. Accordingly, his case should be **DISMISSED** as abandoned.[1] *See* Fed. R. Civ. P. 41(b).

This Order and R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local

---

[1] The fourteen-day objection period provides Roberts with one final chance to resuscitate his case. If he pays the required filing fee within that period, the Court will reconsider its recommendation of dismissal.

1

Rule 72.3. Within 14 days of service, any party may file written objections to the R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO ORDERED,** this <u>28th</u> day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA