# United States District Court
## Southern District of Georgia

ERNEST S. ROBERTS, JR.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-207

MEGAN BRENNAN, Postmaster General, and
ALEXANDER ACOSTA, Secretary of Labor,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 2/19/20, adopting the U.S. Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice.



2/20/20  
Date

Scott L. Poff  
Clerk

*(By) Deputy Clerk*